mously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of DIMOCK & FINK PLUMBING SUPPLY CORPORATION, Assignor, to JOBBERS CREDIT ASSOCIATION, INC., Assignee. AMERICAN RADIATOR & STANDARD SANITARY CORPORATION, Petitioner, Appellant; JOBBERS CREDIT ASSOCIATION, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WARDLAND Co., INC., Appellant, v. ARTHUR O. STUMPE, as Trustee under an Indenture of Trust, Defendant, Impleaded with LOUIS GUROCK, Substituted Trustee under an Indenture of Trust, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of Supplementary Proceedings: JOHN T. IRWIN, Judgment Creditor, Respondent, v. THOMAS J. FOLEY, as President of Local Union 125 of the International Union of Operating Engineers, an Unincorporated Voluntary Association of More Than Seven (7) Members, and Another, Judgment Debtors. WALTER J. MURPHY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

I & I HOLDING CORPORATION, Appellant, v. ISIDOR GAINSBURG, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAUL MILSTEIN, Relator, on Behalf of JOHN D. POE, Respondent, v. HARRY T. ASHFORTH, Acting Warden of the Penitentiary of the City of New York, Riker's Island, New York. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ANGELICA BALABANOFF, Respondent, v. MACFADDEN PUBLICATIONS, INCORPORATED, Appellant, Impleaded with Others, Defendants.— Order unanimously modified by striking from the complaint paragraphs " 2," " 3 " and " 4," and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JACK L. STULSAFT, Appellant, v. MERCER TUBE & MANUFACTURING COMPANY, Respondent.— Order reversed, with twenty dollars costs and disbursements, and the motion denied, on the authority of Cochran Box & Mfg. Co., Inc., v. Monroe Binder Board Company (197 App. Div. 221; affd., 232 N. Y. 503). Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley and Glennon, JJ., dissent and vote to affirm.

VIRGINIA M. ZAPOLEON, Respondent, v. AMERICAN YVETTE COMPANY, INC., Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. Verified bill of particulars to be served within